**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TINA MARIE EMERSON,
ADC #710724 PLAINTIFF

v. 4:11-cv-00220-JMM-JJV

STATE OF ARKANSAS, DEFENDANT

# JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 12th day of April, 2011.

James M. Moody
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE