**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TINA MARIE EMERSON,
ADC #710724                                                                                     **PLAINTIFF**

v.                                          4:11-cv-00220-JMM-JJV

STATE OF ARKANSAS,                                                                  **DEFENDANT**

### ORDER

Pending are Plaintiff's motions for reconsideration and for appointment of counsel. (Docket #'s 24 and 25). Plaintiff's motion for reconsideration of the Court's Order adopting the Report and Recommendation of United States Magistrate Judge Joe J. Volpe is denied for the reasons stated in the Report and Recommendation and the Order adopting same. There is no constitutional or statutory right to appointed counsel in civil cases. *Phillips v. Jasper County Jail*, 437 F.3d 791, 794 (8th Cir. 2006). Accordingly, Plaintiff's motion for appointment of counsel is also DENIED.

IT IS SO ORDERED this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE