**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TINA MARIE EMERSON,
ADC #710724                                                                                                    PLAINTIFF

v.                                              4:11-cv-00220-JMM-JJV

STATE OF ARKANSAS,                                                                             DEFENDANT

## <u>ORDER</u>

Pending is Plaintiff's motion for reconsideration. (Docket # 29). Plaintiff asks the Court to reconsider the Judgment entered April 12, 2011 dismissing his case with prejudice and finding that the dismissal constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Plaintiff did not appeal the Court's Order and Judgment. The Court finds that Plaintiff's motion for reconsideration should be and hereby is, DENIED as untimely and without merit.

IT IS SO ORDERED this 11th day of May, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

1